256 So.2d 642

**STATE of Louisiana ex rel. Robert Charles McDONALD**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52131.

Feb. 3, 1972.

In re: Robert Charles McDonald applying for writ of mandamus.

Writ refused. A hearing having been ordered, the application for mandamus is moot.